**DISMISSED; Opinion Filed February 21, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01531-CV

**KIRK CHANDLER AND RHONDA CHANDLER, Appellants**
**V.**
**FRANCOIS CHANDOU, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-03725**

## MEMORANDUM OPINION

Before Justices Bridges, Partida-Kipness, and Carlyle
Opinion by Justice Partida-Kipness

Before the Court is appellants' February 14, 2019 unopposed motion to dismiss this appeal

in which appellants state they have resolved this matter with appellee. We grant the motion. *See*

TEX. R. APP. P. 42.1(a).

We dismiss this appeal.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

181531F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

KIRK CHANDLER AND RHONDA
CHANDLER, Appellants

No. 05-18-01531-CV     V.

FRANCOIS CHANDOU, Appellee

On Appeal from the 95th District Court,
Dallas County, Texas
Trial Court Cause No. DC-16-03725.
Opinion delivered by Justice Partida-
Kipness, Justices Bridges and Carlyle
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement of the parties, we **ORDER** that appellants bear all costs of this appeal.

Judgment entered this 21st day of February, 2019.